**Below is the Order of the Court.**



**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Case No.  23-10644 |
| Timothy Alex Bruton, | |
| Debtor. | |
| Timothy Alex Bruton, | Adv. No.  23-01058 |
| Plaintiff, | ORDER DENYING RECONSIDERATION |
| v. | |
| Glenhaven Lakes Club Inc., Gregory E. Thulin, Andre Brionez, | |
| Defendants. | |

This matter came before the Court on the Plaintiff's Motion for Reconsideration [ECF

Order - 1

No. 76] (the "Motion"). The Motion requests reconsideration of the Court's Order on Defendant Gregory E. Thulin d/b/a The Law Office of Gregory E. Thulin's Rule 12(b)(6) Motion to Dismiss (the "Order") [ECF No. 72]. The Plaintiff asserts the Court erred in granting dismissal of his WCPA claim because his first amended complaint contained sufficient factual allegations to defeat Mr. Thulin's motion.

Motions for reconsideration are disfavored and are usually to be denied without a showing of either manifest error or of new facts or law that could not have previously been brought before the Court with reasonable diligence. Local Civil Rule 7(h), applicable through Local Bankruptcy Rule 9013-1(h).

The Plaintiff has shown no new facts or law that could not have previously been brought before this Court nor any manifest error made by the Court. The Motion raises arguments that the Plaintiff raised in response to the motion to dismiss, which the Court has rejected. The Court declines to find and conclude that its prior ruling was manifest error. Now, therefore, it is hereby

ORDERED that the Motion is DENIED.

///END OF ORDER///

Order - 2